IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
<u>MACON</u>          DIVISION

<u>CHARLOTTE ABDULLAH</u>
Plaintiff

vs.                                          Civil Action No. 5 : 12-CV-369

<u>OCWEN LOAN SERVICING, LLC</u>        DEMAND FOR JURY TRIAL

Defendant

## COMPLAINT

Plaintiff, Charlotte Abdullah, individually, hereby sues Ocwen Loan Servicing, LLC for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(a),(TCPA) Sec. 227., 47 USC § 227 (b)(1)(B). and FDCPA violations §1692 et seq.

## PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(a), TCPA  Sec. 227., 47 USC § 227 (b)(1)(B) and FDCPA violations §1692 et seq

2. Upon belief and information, Plaintiff contends that many of these practices are widespread of the Defendant.

3. Plaintiff contends that Ocwen Loan Servicing  Defendant have violated such laws by repeatedly harassing Plaintiff in attempts to collect alleged but nonexistent debt.

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 15 U.S.C. §1681p, 15 U.S.C. §1692k(d), and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1331.

5. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of, occurred here.

## PARTIES

7. Plaintiff, Charlotte Abdullah, 112 Town Creek Road, Eatonton, Georgia 31024 is a natural person and is a resident of the State Georgia.

8. Upon information and belief Defendant, Ocwen Loan Servicing, LLC is a foreign corporation, engaged in the business of collecting debts in this state and several other states, with its principal place of business located at 1661 Worthington Road, STE 100, West Palm Beach, FL. 33409.

9. Upon information and belief Defendant, Ocwen Loan Servicing LLC, is authorized to

do business of collecting debt of consumers by using mail and telephone.

Defendant is a debt collector as defined by the FDCPA, 15 U.S.C. § 1692a(6)

## FACTUAL ALLEGATIONS

10. In March of 2012 Plaintiff received call from Ocwen Loan Servicing agent telling plaintiff they wanted to help plaintiff with loan modification program. Plaintiff told agent" I was not interested in applying for any loans." and how did you get my number? and please don't call anymore.

11. Received letter from Defendant 3/8/12 thanking Plaintiff for applying for loan. (Never did Plaintiff apply for loan with Ocwen Loan Servicing.) Plaintiff received 2nd letter 3/8/12 from Defendant stating Plaintiff was denied loan. (again) What loan?

12. Plaintiff obtained credit report from the 3 major credit agencies found entries that I was not familiar with, found out that Ocwen Loan Servicing Inc had pulled Plaintiff report on 1/31/2012 without Plaintiffs' permission.

13. Plaintiff sent dispute letters to all 3 credit agencies and a verification letter to Defendant. Credit bureau forward disputes to furnisher of information.

14. Defendent calls continued, some hang ups, because of Plaintiff age and being handicap, Plaintiff moves slow, missed some calls, so Plaintiff purchased an ID calling phone so Plaintiff could document all calls

15, Defendant continue to call (1) Feb. 11/12, (2) Aug 16/12, (3) Aug.17/12, (4) Aug. 18/12, (5) Aug. 20/12, (6) Aug. 21/12, (7) Aug.21/12, (8) Aug.24/12 (9) Aug.28/12, (10) Aug. 28/12, (11) Aug. 29/12, (12) Aug. 30/12, (13) Aug. 30/12 (14) Aug. 31/12, (15) Aug. 31/12, (16) Sept. 01/12, (17) Sept.04/12, (18) Sept. 04/12, (19) Sept. 05/12, (20) Sept. 05/12. (21)Sept. 6/12, (22) Sept. 6/12, (23) Sept 6/12, (24) Sept 7/12, (25) Sept.7/12, (26) Sept. 8/12, (27) Sept. 8/12, (28) Sept. 9/12, (29) Sept. 9/12, (30) Sept. 10/12, (31) Sept. 10/12, (32) Sept. 10/12, (33) Sept.11/12. Ocwen Loan Servicing also left messages on recording machine which Plaintiff saved.

16. Defendant continues to violated the TCPA by leaving recorded messages on Plaintiffs phone without express permission.

17. Plaintiff sent second validation letter to Defendant. No reply as yet from Defendant

## COUNT I

18. Defendant Ocwen Loan Servicing LLC, has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by using an automatic telephone dialing system to call the Plaintiff's number.

19. Defendant Ocwen Loan Servicing LLC, has committed over 33 separate violations of 47 U.S.C. §227(b)(1)(A) and Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B).

20. Defendant Ocwen Loan Servicing LLC, has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) The last 33 calls are subject to treble damages pursuant to 47 U.S.C. §227(b)(3) as they were intentional.

21. Defendant from February 11, 2012 to September 11, 2012, Ocwen Loan Servicing LLC violated the TCPA by calling Plaintiff's phone 33 times and more sometimes 2 to 3 times a day, with no prior permission given by Plaintiff.

22. Defendant from February 11, 2012 violated the TCPA by leaving 33 recorded messages on Plaintiffs phone without express permission.

**WHEREFORE,** Plaintiff demands judgment for damages against Ocwen Loan Servicing LLC, and for actual or statutory damages

## COUNT II

### VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANT

23. Ocwen Loan Servicing LLC, placed no less than 33 telephone calls to the Plaintiff's telephone after receipt of Plaintiff's letter to cease and desist. Defendant knew or should have known that the phone calls made were inconvenient to the consumer. Such communications are prohibited by 15 U.S.C. § 1692c(a)(1).

24. Ocwen Loan Servicing LLC placed no less than 33 telephone calls to the Plaintiff's telephone after receiving written notice from the Plaintiff to cease communications. Pursuant to 15 U.S.C. § 1692c(c), if such notice from the consumer is made by mail, notification shall be complete upon receipt. This clearly demonstrates willful violation of U.S.C. §1692c.

25. Defendants continued collection activity after receiving notice of dispute, and failed to provide written validation of debt before resuming collection activities, in violation of 15 U.S.C.§1692g(b).

26. Defendant violated §1692c(a) communication with the consumer generally. Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any dept.

27. Defendant violated 15 U.S.C. §1692d whereas a debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

28. Defendant violated 15 U.S.C. § 1692d(5) Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

**WHEREFORE,** Plaintiff demands judgment for damages against Ocwen Loan

Servicing LLC for willful or knowing non-compliance calling over 33 times, $500.00 each violations for actual or statutory damages the sum of $49,500 triple damages

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 14th of September, 2012.

*Charlo He Abdullah*

112 TOWN CREEK ROAD

EATONTON, GEORGIA 31024

706-623-4094


OCWEN

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

3/8/2012

Charlotte Abdullah
112 Town Creek Road
Eatonton, GA 31024

Loan Number: 7092234009

Dear Customer,

Thank you for your recent application for a modification under the Making Homes Affordable Program. Based on our review of the documentation you provided, you are not eligible for a Home Affordable Modification.

> **We are unable to offer you a Home Affordable Modification because:**
> **You do not live in the property as your primary residence.**

The Home Affordable Modification option is designed specifically to allow existing homeowners to keep their homes by making mortgage payments affordable, however the plan will not help everyone. For example, it will not help investor borrowers, borrowers who have no income and cannot make any mortgage payment or if a borrower's current monthly mortgage ratio is less than 31% of their gross monthly income. (Note: Monthly mortgage ratio is the current first mortgage monthly payment, including principal, interest, taxes, insurance and homeowner's association dues, if applicable, divided by the gross monthly income).

**If I'm not eligible for a Home Affordable Modification, then what do I do?**

Remember at Ocwen, HELPING HOMEOWNERS IS WHAT WE DO!™. We understand that unanticipated changes in your financial situation can impact every area of your life, including your ability to pay your mortgage obligation. Our Associates and Home Retention Consultants are trained to work with you to set up a plan of action specifically designed to address your current circumstances. By completing the financial information attached, we can begin the process of presenting you with some alternative solutions to resolve your delinquent mortgage loan. Below please find a brief description of possible solutions.

**What should I do if I disagree with the reason for non-approval of a HAMP modification?**

If you disagree with the reason for non-approval of a HAMP modification, you have 30 days from the date of this letter to send a written explanation and supporting documentation to substantiate your findings. Please email a copy of this letter along with any supporting documents to HAMPNPVCases@ocwen.com or mail to:

Ocwen Loan Servicing
P.O. Box 785061
Orlando, FL 32878-5061

---

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

HDENY No HDLS                                                                                                                   NMLS # 1852



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

March 08, 2012

Charlotte Abdullah

112 Town Creek Road

Eatonton GA 31024

Loan Number:     7092234009
Property Address: Lot 157 Town Creek Road
                 Eatonton, GA 31024

Dear Customer:

Thank you for your recent application for a modification. Based on our review of the documentation you provided, you are not eligible for a modification.

• We are unable to offer you a modification because: Your financial form that we have received is greater than 180 days old.

**If I'm not eligible for a Modification, then what do I do?**

Remember at Ocwen, HELPING HOMEOWNERS IS WHAT WE DO! ™. We understand that unanticipated changes in your financial situation can impact every area of your life, including your ability to pay your mortgage obligation. Our Associates in Customer Care Center are trained to work with you to and address your current circumstances. Call our Customer Care Center to discuss your options.

**Call (800) 746-2936,** We are available Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 12:00 pm to 9:00 pm ET.

There are three ways for you to begin the process of working with us to identifying a solution to resolving your delinquent mortgage loan.

**Option 1:** Visit our website at www.ocwencustomers.com. Under the Financial Difficulties section, select the Pursue Alternative Payments Option. Here, you can enter your financial information at your convenience. Once you have entered the information, a Home Retention Consultant will review it and then contact you to discuss potential resolution options.

**Option 2:** Complete the attached form and fax to our Home Retention Processing Department at 407-737-5433. Once you have sent the information, a Home Retention Consultant will review it and then contact you to discuss potential resolution options.

**Option 3:** Call our Customer Care Center to discuss your options. **Call 1-800-746-2936**

We are available Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 12:00 pm to 9:00 pm ET.

Sincerely,

Ocwen Loan Servicing, LLC

---

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



Page 1 of 2

Prepared for: **CHARLOTTE ELSIE ABDULLALH**
Date: **March 22, 2012**
Report number: **3139-0876-97**

## Dear CHARLOTTE ELSIE ABDULLALH

When you dispute the accuracy or completeness of information on your personal credit report and tell us specifically why you believe the information is inaccurate or incomplete, we process your dispute as required by law. We contact the furnisher of the information or the vendor that collected the information from a public record source such as a court or other government office. We ask the furnisher or the vendor to conduct a thorough and complete investigation to verify all of the information regarding the item you disputed, and report back within 30 days of the date that we received your request (21 days for Maine residents and 45 days for disputes of information on an annual free credit report). We review and consider the response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete that information, or modify that information, as appropriate, based upon your dispute and the results of our processing. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results. In some instances, upon reviewing your credit file and any relevant information you have submitted to us, we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. In addition to your right to dispute information in your credit file with the credit reporting agencies, you also have the right to dispute information in your credit report directly with the furnisher of the information.

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013



Scan me with your smart phone
for special offers from Experian.

0099512256

0000213 01 MB 0.401 **AUTO T8 0 7072 31024-664212      -C01-P022151-1
CHARLOTTE ELSIE ABDULLAH
112 TOWN CREEK ROAD
EATONTON GA 31024-6642

PO Box 9701
Allen, TX 75013



7072-01-00-000213-0001-000306



**Experian** — A world of insight

Page 9 of 16

Prepared for: CHARLOTTE ELSIE ABDULLALH
Date: April 15, 2012
Report number: 3139-0876-97

## Your accounts that may be considered negative (continued)

### HSBC BANK
PO BOX 5253
CAROL STREAM IL 60197
Phone number (800) 477 6000
Partial account number 548897501087....
Address identification number 0399535319

| Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|
| Sep 2002 | Credit card | Not reported | Not reported | Individual |
| **First reported** | **Terms** | **High balance** | | **Status** |
| Oct 2002 | Not reported | $701 | | Transferred, closed. $701 written off. |
| **Date of status** | **Monthly payment** | | | **Creditor's statement** |
| Jun 2006 | Not reported | | | "Purchased by another lender." |

Payment history:
2006 JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
     CO  CO  60  90  90  60  30  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK
2005 ... 2004 ... 2003
2002 DEC NOV OCT
     OK  OK  OK

### OCWEN LOAN SERVICING
WORTHINGTON ROAD, STE. 100
WEST PALM BEACH FL 33409
Phone number (800) 746 2936
Partial account number 1287....
Address identification number 0399535319
Sold to: OCWEN

| Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|
| Nov 1999 | Mortgage | $83,569 | Not reported | Individual |
| **First reported** | **Terms** | **High balance** | | **Status** |
| Apr 2005 | 30 Years | $83,569 | | Transferred, closed. |
| **Date of status** | **Monthly payment** | | | **Creditor's statement** |
| Nov 2011 | Not reported | | | "Account transferred to another lender." This item was updated from our processing of your dispute in Apr 2012. |

Payment history:
2011 NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR
     CLS 60  60  ND  OK  OK  OK  OK  OK  30  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK
2010 ... 2009 ... 2008
2007 ... 2006 ... 2005
MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR
OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK

| | Sep11 | Aug11 | Jul11 | Jun11 | Apr11 | Mar11 | Feb11 | Jan11 | Dec10 | Nov10 | Oct10 | Sep10 | Aug10 | Jul10 | Jun10 | May10 | Apr10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB = Account balance ($) | 74,868 | 74,868 | 75,085 | 75,191 | 75,297 | 75,506 | 75,609 | 75,711 | 75,812 | 75,913 | 76,012 | 76,111 | 76,209 | 76,305 | 76,401 |
| DPR = Date payment received | Aug17 | Aug17 | Aug17 | Jun18 | Apr18 | Apr13 | Mar23 | Feb16 | Jan17 | Dec06 | Nov05 | Sep20 | Sep20 | Aug14 | Jul05 | May03 | ND |
| Scheduled payment amount ($) | 981 | 981 | 981 | 981 | 981 | 981 | 780 | 780 | 780 | 780 | 780 | 780 | 780 | 780 | 780 | 780 | ND |

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data. AAP = Actual amount paid ($)

0099512256



Experian
A world of insight

Prepared for: CHARLOTTE ELSIE ABDULLALH
Date: April 15, 2012
Report number: 3139-0876-97

Your accounts that may be considered negative (continued)

| AP | ND | 1,963 | ND | 981 | ND | 780 | 1,561 | 780 | 780 | 780 | 780 | 780 | ND | 780 | 2,341 | 780 | 780 | ND |

▲ The original amount of this account was $83,569.

**OCWEN LOAN SERIVICING**
1661 WORTHINGTON RD STE 100
WEST PALM BEACH FL 33409
**Phone number**
(407) 737 6101
**Partial account number**
709223....
**Address identification number**
0399535319

**Date opened**
Nov 1999
**First reported**
Dec 2011
**Date of status**
Apr 2012

**Type**
Mortgage
**Terms**
30 Years
**Monthly payment**
$981

**Credit limit or original amount**
$83,569
**High balance**
Not reported

**Recent balance**
$74,759 as of Apr 2012

**Responsibility**
Individual
**Status**
Open. $8,270 past due as of Apr 2012.
By Jul 2018, this account is scheduled to go to a positive status.
This item was updated from our processing of your dispute in Apr 2012.

**Payment history**
2012  APR MAR FEB JAN DEC
       ND   ND  ND  60  20
2011

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**AB** = Account balance ($)   **DPR** = Date payment received   = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

| | Dec11 |
|---|---|
| AB | 74,758 |
| DPR | ND |
| | 981 |
| AAP | ND |

▲ The original amount of this account was $83,569.

**Your accounts in good standing**
These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

■ Credit items

**CAPITAL ONE**
PO BOX 30281
SALT LAKE CITY UT 84130
**Phone number**
(800) 955 7070
**Partial account number**
529107179818....
**Address identification number**
0399535319

**Date opened**
Oct 2000
**First reported**
Oct 2000
**Date of status**
May 2002

**Type**
Credit card
**Terms**
Not reported
**Monthly payment**
Not reported

**Credit limit or original amount**
Not reported
**High balance**
$232

**Recent balance**
Not reported

**Responsibility**
Individual
**Status**
Paid,Closed/Never late.
This account is scheduled to continue on record until May 2012.
**Comment**
Account closed at consumer's request.



0099512256

Charlotte Abdullah
112 Town Creek Road
Eatonton, Georgia, 31024
March 15, 2012

Experian

I am disputing the following items:

1. Santander Comsumer USA. PO Box 961245 Forth Worth, Tx.761610244
   Acct. # 3000019174544xxxx

2. Chase Bank USA,  PO BOX 15298, WILMINGTON DE 19850
   Acct, #540979270116..

3. SST/CIGPFICORP, 800 BROOKS BLVD,COLUMBUS OH 19801
   Acct. #1711xxx

4. SST/COLUMBUS BANK & TRUST; 4315 PICKETT RD, SAINT JOSEPH, MO
   Acct. # 403624000643xxxx

5. Portfolio Recvry&Aff, 120 CORPORATE Blvd  STE 100, Norfork, Va.23502
   Acct #548897501087XXXX

6. EOS CCA, 700 Longwater Dr, Norwell, Ma. 02061
   Acct.#12837861

7. Ocwen loan servicing, 1661 Worthington Rd.  ste 100,West Palm Beach Fl. 3340
   acct# 709223

8. OCWEN LOAN SERVICING, 1661 WORTHING RD. STE 100, WEST PALM BEACH FL. 3340
   ACCT. #709223

9. ENHANCED Recovery Co LLC.,8014 Bayberry RD; jacksonville FL. 32256
   Acct. #52701607

10. LITTON LOAN SERVICING; 4828 LOOP CENTRAL DR; HOUSTON, TX 77081
    ACCT. #1287

i did not authorize the following inquiries on my credit report. I believe that they were obtained
fraudulently.  Please have them removed

1. Bank Of America---------07/19/11

Please provide me with a discription of the reinvestigation procedure for all items. Please
provide me with the source of information for all items. Please send me all information in
my consumer file. Please send me an update copy of my credit report. I thank you for your
cooperation in this matter in advance.

Sincerely,
Charlotte Abdullah
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

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  E. Hill   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): Earl Hill   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Ocwen Loan Servicing LLC<br>ATT Home Retention Dept<br>1661 Worthington Road<br>Suite 100<br>West Palm Beach Florida<br>33409 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7012 1010 0001 4139 8248 |

PS Form 3811, February 2004    Domestic Return Receipt

Charlotte Abdullah
112 Town Creek Road
Eatonton, Georgia 31024

Via Certified mail


Ocwen Loan Servicing, LLC
116 Worthington RD STE 100
West Palm Beach FL. 33409

Attn: Mortgage loan accouonting department


To who it may concern:


Please be advised that I am not requesting a "verification" that you have my mailing address, this is my second request, I am requesting a "validation:" that is, competent evidence that I have some contractual obligation to pay you. The original note

This is a Qualified Written Request, pursuant to Real Estate Settlemen and Procedures Act Section (2605(e))

Specifically I am requesting the itemization of the following:

1. A complete payment history that can be easily read and understood including, but not limited to, the dates and amount of all the payments made on to date.

2. A breakdown of the amount of claimed arrears of deliquencies.

3. An explanation of what is meant by assignment sale or transfer. Which one is it? Please include a copy of any and all assignments, proof of sale,
proof of transfer and to whom.

4. The payment dates, purpose of payment and recipient of all escrow items charged to said account since loan inception.

5. A breakdown of the said current escrow charges showing how it is calculated and reasons for any increases.

6. A copy of any annual escrow statements and notices of shortage, deficiency or surplus, sent us within the life of the current loan.

In order to avoid any misunderstanding, all communication shall henceforth be on the record in writing, no phone calls. Please serve all communication
and process directly to mailing address provided above


September 7, 2012
Charlotte Abdullah

**CALLS FROM OCWEN LOAN SERVICING CALLS ARE RECORDED TO CD**

| # | Date | Time |
|---|---|---|
| 1. | FEB. 11/2012 | 11:06 AM |
| 2. | AUG. 16/2012 | 10:05 AM |
| 3. | AUG 17/2012 | 10:34 AM |
| 4. | AUG. 18/2012 | 4:16 PM |
| 5. | AUG. 20/2012 | 10:07 AM |
| 6. | AUG. 21/2012 | 12:08 PM |
| 7. | AUG. 21/2012 | 12:34 PM |
| 8. | AUG. 24/2012 | 12:35 PM |
| 9. | AUG. 28/2012 | 9:00 AM |
| 10. | AUG. 28/2012 | 11:37 AM |
| 11. | AUG. 29/2012 | 11:35 AM |
| 12. | AUG 30/2012 | 11:08 AM |
| 13. | AUG 30/2012 | 11:35 AM |
| 14. | AUG 31/2012 | 11:07 AM |
| 15. | AUG 31/2012 | 11:35 AM |
| 16. | SEPT. 1/2012 | 12:02 PM |
| 17. | SEPT. 4/2012 | 3:08 PM |
| 18. | SEPT. 4/2012 | 3:35 PM |
| 19. | SEPT. 5/2012 | 3:36 PM |
| 20. | SEPT 5/2012 | 4:09 PM |
| 21. | SEPT 6/2012 | 3:11 PM |
| 22. | SEPT 6/2012 | 3:37 PM |
| 23. | SEPT 6/2012 | 5:25 PM |
| 24. | SEPT 7/2012 | 4:14 PM |
| 25. | SEPT 7/2012 | 4:55 PM |
| 26. | SEPT 8/2012 | 3:22 PM |
| 27. | SEPT 8/2012 | 3:45 PM |
| 28. | SEPT 9/2012 | 3:18 PM |
| 29. | SEPT 9/2012 | 3:45 PM |
| 30. | SEPT 10/2012 | 9:35 AM |
| 31. | SEPT 10/2012 | 3:13 PM |
| 32. | SEPT 10/2012 | 3:40 PM |
| 33. | SEPT 12/2012 | 8:08 AM |
| 34. | SEPT 12/2012 | 8:39 AM |
| 35. | SEPT 12/2012 | 12:08 PM |
| 36. | SEPT 13/2012 | 8:05 AM |