UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



MINUTE SHEET
OF COURT PROCEEDINGS ( )

Date:  12/04/2013             Type of Hearing:      Discovery Conference

Judge: C. Ashley Royal        Court Reporter:       Tammy Fletcher

Courtroom Deputy:  Lee Anne Purvis      Law Clerk:      Sally Hatcher

**Case Number: 5:12-cv-369(CAR)**

| | | |
|---|---|---|
| Charlotte Abdullah | Counsel: | Pro se |
| vs. | | |
| Ocwen Loan Servicing, LLC | Counsel: | Kristin Miller |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:  /30**

| | |
|---|---|
| 2:32 | Called to order.  The Court addresses Plaintiff re: her letter to the Court.  The Court inquires as to whether Plaintiff has received the documents requested.  Kristin Miller sets forth what has been produced.  Plaintiff responds. |
| 2:42 | Kristin Miller provides the Court with documents supporting the loan servicing.  Discussion re: same. |
| 2:55 | The Court addresses Plaintiff and explains the complexity of her case. |
| 2:56 | Kristin Miller sets forth the offer of settlement.  The Court offers further explanation to Plaintiff. |
| 3:01 | Plaintiff inquires into getting a transcript of this hearing.  Plaintiff inquires into filing an appeal. |
| 3:02 | Adjourned. |