

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS ( )

| | | |
|---|---|---|
| Date: 11/13/2014 | Type of Hearing: | Pretrial Conference |
| Judge: C. Ashley Royal | Court Reporter: | Tammy Fletcher |
| Courtroom Deputy: Lee Anne Purvis | Law Clerk: | Sally Hatcher |

### Case Number: 5:12-cv-369(CAR)

| | | |
|---|---|---|
| Charlotte Abdullah | Counsel: | Ben Windham |
| vs. | | |
| Ocwen Loan Servicing, LLC | Counsel: | Dylan Howard |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 1/06**

| | |
|---|---|
| 10:00 | Called to order. Introductions made. Preliminary remarks by the Court. |
| 10:04 | Review and discussion of proposed pretrial order. Plaintiff withdraws the §1692g(b) claim. |
| 10:07 | Discussion re: jury issues. Dylan Howard will submit case authority on whether Ocwen's calls qualify as communication. The parties may submit authority on bona fide error defense. |
| 10:12 | Discussion re: damages |
| 10:14 | Discussion and identification of witnesses. Depositions are to be used for impeachment purposes only. |
| 10:17 | Discussion re: undisputed facts. The Court will read the undisputed facts to the jury and a copy will be marked as an exhibit. |
| 10:18 | Discussion re: objections to voir dire. Counsel will have the opportunity to review the jury questionnaire and should modify the voir dire accordingly. The Court explains how voir dire will be conducted. Strikes for cause must be made at the time the cause arises. |
| 10:30 | Dylan Howard raises objection to the issue of damages as set forth by the plaintiff. |
| 10:33 | The Court directs counsel to bring issues to the Court's attention during breaks as to not waste the juror's time. |
| 10:34 | Discussion re: motions in limine. In re: communications with Litton, motion GRANTED; in re: damages for emotional distress or actual damages, motion held in abeyance for further briefing; in re: private voir dire, motion DENIED; in re: content of Ocwen's calls to Plaintiff, motion DENIED.<br>The trial will be set for the term beginning January 5, 2015. |
| 11:06 | Adjourned. |